# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: _____ 08 - 170 M _____

2) Defendant's Name: __Johnson_____David_____
                    (Last)                 (First)                (M.I.)

3) Age:_____

4) Title: _____2|_____ Section(s): _____84|_____

5) Citizen of:_____ Needs:_____Interpreter

6) Arrest Warrant Issued: __3| 19|08____ Date and time of arrest: __3|24|08_____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding:___Yes ___No  Other District:_____

8) Name of Interpreter used today:_____ Language:_____

9) Arraignment on complaint held:____Yes ____No  Date/Time: __3|24|08_____

10) Detention Hearing Held:____ Bail set at:_____ ROR Entered:___ POD Entered: ✓

11) Temporary Order of Detention Entered:____ Bail Hearing set for:_____

12) (a) Preliminary Hearing set for:_____; or waived: __✓_____

    (b) Removal Hearing set for:_____; or waived:_____

    (c) Status Conference set for:_____

13) ASSISTANT U.S. ATTORNEY:_____Matthew Amatruda_____

14) DEFENSE COUNSEL'S NAME:_____Stephen Mahler_____
       Address:_____
       Bar Code:_____ CJA: ✓ FDNY:____ RET:____
       Telephone Number:(____)_____

15) LOG #: ___(522 5 35____) MAG. JUDGE: Cheryl Pollak

16) ____ Defendant was advised of bond conditions by the Court and signed the bond.
       ____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
       ____Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings:_____

_____

_____

17) Complaint/Affidavit/Indictment unsealed:___Yes ___No

        SO ORDERED ON THIS _____ DAY OF _____, 20___

              _____
              UNITED STATES MAGISTRATE JUDGE