UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

JERRY CENTENO,
ROLDIA JOSEPH,
HAROLD JOSEPH,
JOSHUA MEDINA,
    also known as "J," and
    "J-O,"

DAVID JOHNSON,
    also known as "Devoe,"

         Defendants.
- - - - - - - - - - - - - - - - - -X
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

THE PREMISES KNOWN AND
DESCRIBED AS 1358 BUSWICK AVENUE,
APARTMENT 3R, THIRD FLOOR,
BROOKLYN, NEW YORK

- - - - - - - - - - - - - - - - - -X

UNSEALING ORDER

08-M-170

- - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

THE PREMISES KNOWN AND
DESCRIBED AS 86-04 96th STREET,
APARTMENT B-7, WOODHAVEN, NEW YORK

- - - - - - - - - - - - - - - - - - - -X

    Upon the application of BENTON J. CAMPBELL, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Matthew S. Amatruda, for an order unsealing the affidavit in the above-captioned matter as to the defendants listed above.

    WHEREFORE, it is ordered that the affidavit in the above-captioned matter be unsealed as to the defendants listed above.

Dated:    Brooklyn, New York
           March 25, 2008

                                UNI
                                EAS_____