CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAGISTRATE. JUDGE STEVEN M. GOLD   DATE :3/28 /08

DOCKET NUMBER : 08 M 270        LOG # : ( 11:17 - 11:23 )

DEFENDANT'S NAME : DAVID JOHNSON
✓ Present   __ Not Present   ✓ Custody   __ Bail

DEFENSE COUNSEL : STEPHEN MAHLER
__ Federal Defender of NY   ✓ CJA   __ Retained

A.U.S.A. Ray Tierney for MATTHEW AMATRUDA    DEPUTY CLERK : S.M. Yuen

INTERPRETER : _____ (Language) _____

____ Hearing held. ____ Hearing adjourned to ____

✓ Defendant was released on $150,000 PRB (with)/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

✓ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-sgned bond by ____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.   Code Type____ Start____ Stop____

____ Order of Speedy Trial entered.   Code Type____ Start____ Stop____

____ Defendant's first appearance.   ____ Defendant arraigned on the indictment.

____ Defendant informed of rights.

____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the Indictment.

____ Defendant failed to appear, bench warrant issued.

____ Status conference set for ____ @ ____ before Judge ____

OTHERS : ____